# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141445

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KENNETH TERRELL WILLIAMS,
a/k/a MASON CHRISTMAS and
a/k/a KENNETH TERRELL BEARD,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141445
COA: 295249
Wayne CC: 04-005854-FH

On order of the Court, the application for leave to appeal the May 24, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

s0131